UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVE S. MORAWSKI,                              :    Case No.: 08 Civ. 1919 (RMB)
                                              :
                        Plaintiff,            :
                                              :    **STATEMENT PURSUANT**
            -against-                         :    **TO RULE 7.1 OF THE**
                                              :    **FEDERAL RULES OF**
HSM GROUP, HSM AMERICAS, INC.,                :    **CIVIL PROCEDURE**
ENRIQUE AZUAGA, CARLOS ROHM,                  :
and ADAM BLEIFELD,                            :
                                              :
                        Defendants.           :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant hereby discloses that there are no corporate parents, subsidiaries or affiliates of defendants

Dated: New York, New York
       April 7, 2008

                                        Respectfully submitted,

                                        **GREENBERG TRAURIG LLP**

                                By:     _____
                                        Eric B. Sigda (ES-1827)
                                        200 Park Avenue
                                        New York, New York  10166
                                        Tel.:  (212) 801-9386
                                        Fax:   (212) 805-9386
                                        Attorneys for Defendants

NY 238,744,079v1 4/7/2008