UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Morawski
              Plaintiff(s),

                    - v -                          **Case Management Plan**

                                                   08 CV. 1919 (RMB)
HSM Group
              Defendant(s).
-----------------------------------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by   May 15, 2008

(ii)  Amend the pleadings by   May 15, 2008

(iii) All discovery to be **expeditiously** completed by_____

(iv)  Consent to Proceed before Magistrate Judge_____

(v)   Status of settlement discussions   9/9/08 @ 9:30 (Status of case resolution)

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other  Refer to SDNY mediation for employment discrimination cases

SO ORDERED: New York, New York
            4/15/08

                                           RMB
                                           _____
                                           Hon. Richard M. Berman, U.S.D.J.